UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA v. MARCUS HUNT
Crim. No. 09-804 (JHR)

PETITION FOR WRIT OF HABEAS CORPUS: Your Petitioner shows that:

1. **Marcus Hunt, Inmate No. - 175526** confined in the **Atlantic County Justice Facility, Mays Landing, New Jersey**

2. Said individual will be required for a **Plea Hearing** in front of the **Honorable Judge Joseph H. Rodriguez, Senior United States District Judge** at **United States District Court, Mitchell H. Cohen Courthouse Federal Courthouse, Fourth and Cooper Streets, Camden, New Jersey** in the above-captioned matter on **Tuesday, March 9, 2010** at **9:00 a.m.**, and a Writ of Habeas Corpus should issue for that purpose.

DATED: February 16, 2010

_____
DEBORAH PRISINZANO MIKKELSEN
Assistant U. S. Attorney
Petitioner

---

ORDER FOR WRIT: Let the Writ Issue.

DATED: February 16, 2010

_____
HONORABLE KAREN M. WILLIAMS
United States Magistrate Judge

---

WRIT OF HABEAS CORPUS: The United States of America to

**Warden, Atlantic County Correctional Facility, Sheriffs Department and United States Marshal, District of New Jersey**

WE COMMAND YOU that you have the body of **Marcus Hunt, Inmate No. 175526** (by whatever name called or charged), now confined in the **Atlantic County Correctional Facility, Mays Landing, New Jersey** for a **Plea Hearing** in front of the **Honorable Judge Joseph H. Rodriguez, Senior United States District Judge** at **United States District Court, Mitchell H. Cohen Courthouse Federal Courthouse, Fourth and Cooper Streets, Camden, New Jersey**, on **Tuesday, March 9, 2010 at 9:00 a.m.**, in the captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Karen M. Williams, United States Magistrate Judge, at Camden, NJ.

DATED: February 16, 2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk